IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 24-318 |
| | : | |
| KENNETH GIUSINI | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR A**
**FORTY-FIVE-DAY CONTINUANCE OF THE SENTENCING HEARING**

Kenneth Giusini, by and through his counsel, Timothy A. Wright and Zachary Parrish, Assistant Federal Defenders, comes before this Court and respectfully requests an approximately forty-five-day continuance of the sentencing hearing. In support of this request, it is stated:

1. On July 8, 2024, the Government filed an Information charging Mr. Giusini with one count of Civil Disorder, in violation of 18 USC § 231(a) (3)

2. On August 15, 2024, Mr. Giusini was arraigned before this Court and entered a plea of guilty in the instant indictment.

3. Mr. Giusini is scheduled to be sentenced on November 22, 2024, before the Honorable Judge Beryl A. Howell.

4. Based on information gathered during post-plea conversations, counsel retained the services of a medical professional to evaluate Mr. Giusini in preparation for sentencing.

5. Counsel seeks a 45-day continuance of the sentencing hearing to allow the completion of a comprehensive mitigation report.

6. This is the first request for a continuance of sentencing made by Defendant.

7. Assistant United States Attorney Anna Krasinski informed counsel that the

government has no objection to the instant motion.

8.     Counsel for the defense and the government have conferred and respectfully suggest January 3rd, January 6th, January 7th, and January 10th as alternative dates for sentencing.

**WHEREFORE**, Mr. Giusini respectfully requests that the Court grant his motion for a continuance of the sentencing hearing.

Respectfully submitted,

*/s/ Zachary Parrish*
ZACHARY PARRISH
Assistant Federal Defender


*/s/ Timothy A. Wright*
TIMOTHY A. WRIGHT
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

We, Zachary Parrish and Timothy A. Wright, Assistant Federal Defenders, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we have caused a copy of Defendant's Unopposed Motion for a Continuance of Hearing to be filed and served electronically through the District of Columbia's District Clerk's Office Electronic Case Filing System ("ECF") notification upon Anna Krasinski, Assistant United States Attorney.

/s/ *Zachary Parrish*
ZACHARY PARRISH
Assistant Federal Defender

/s/ *Timothy A. Wright*
TIMOTHY A. WRIGHT
Assistant Federal Defender

DATE: October 21, 2024