# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NUMBER 24-318** |
| : | |
| **KENNETH GIUSINI** : | |

## NOTICE

In response to the Court's Minute Order dated November 25, 2024, the Defense gives the Court notice that it takes no position on whether the video evidence identified in the Government's Notice of Filing of Exhibits Under Local Criminal Rule 49 (ECF No. 34) may be made publicly available without restriction.

                                        Respectfully submitted,

                                        */s/ Timothy A. Wright*
                                        TIMOTHY A. WRIGHT
                                        Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Timothy A. Wright, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the foregoing Notice to be served via Electronic Case Filing notification upon Anna Krasinski, Assistant United States Attorney.

                                             /s/ Timothy A. Wright
                                             TIMOTHY A. WRIGHT
                                             Assistant Federal Defender

Date:   December 4, 2024