**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 24-318** |
| | : | |
| | : | |
| **KENNETH GIUSINI** | : | |


**DEFENDANT'S MOTION FOR A**
**CONTINUANCE OF THE SENTENCING HEARING**


Kenneth Giusini, by and through his counsel, Timothy A. Wright and Zachary Parrish, Assistant Federal Defenders, comes before this Court and respectfully requests an approximately thirty-day continuance of the sentencing hearing. In support of this request, it is stated:

1.    On July 8, 2024, the Government filed an Information charging Mr. Giusini with one count of Civil Disorder, in violation of 18 USC § 231(a)(3)

2.    On August 15, 2024, Mr. Giusini appeared before this Court and entered a plea of guilty to the information.

3.    Mr. Giusini is scheduled to be sentenced on January 10, 2025, before the Honorable Judge Beryl A. Howell.

4.    Counsel retained the services of a medical professional to evaluate Mr. Giusini in preparation for sentencing.

5.    Counsel seeks a 30-day continuance of the sentencing hearing to allow counsel to receive and incorporate the findings of that evaluation into a comprehensive sentencing memorandum.

6.    This is the second request for a continuance of sentencing made by Defendant.

7.      Assistant United States Attorney Anna Krasinski informed counsel that the government objects to the instant motion.

8.      Counsel for the defense and the government have conferred and respectfully suggest February 12, 2025, February 13, 2025, and February 14, 2025, as alternative dates for sentencing.

**WHEREFORE**, Mr. Giusini respectfully requests that the Court grant his motion for a continuance of the sentencing hearing.

Respectfully submitted,

*/s/ Zachary Parrish*
ZACHARY PARRISH
Assistant Federal Defender

*/s/ Timothy A. Wright*
TIMOTHY A. WRIGHT
Assistant Federal Defender

<u>**CERTIFICATE OF SERVICE**</u>

We, Zachary Parrish and Timothy A. Wright, Assistant Federal Defenders, Federal

Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we have

caused a copy of Defendant's Motion for a Continuance of Hearing to be filed and served

electronically through the District of Columbia's District Clerk's Office Electronic Case Filing

System ("ECF") notification upon Anna Krasinski, Assistant United States Attorney.


_/s/ Zachary Parrish_
ZACHARY PARRISH
Assistant Federal Defender


_/s/ Timothy A. Wright_
TIMOTHY A. WRIGHT
Assistant Federal Defender

DATE:  December 20, 2024